AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

FILED
JUN 12 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LUIS JAVIER LARIOS-SOTO a/k/a LUIS ANTONIO ARIAS | ) ) ) ) ) | Case No. M-23-457-SM |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 7, 2023__ in the county of __Garvin County__ in the __Western__ District of __Oklahoma__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal reentry |

This criminal complaint is based on these facts:

See Attached Affidavit of Deportation Officer Curtis Fair, Immigration and Customs Enforcement, Department of Homeland Security, which is incorporated and made a part hereof by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Curtis Fair, Deportation Officer, ICE/DHS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __June 12, 2023__

_____
*Judge's signature*

City and state: __Oklahoma City, Oklahoma__    Suzanne Mitchell, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA )
)
COUNTY OF OKLAHOMA )

## AFFIDAVIT

I, Curtis Fair, being duly sworn, depose and state as follows:

1. I have been employed as a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), since June 2017. I graduated from the United States Border Patrol Academy in October 2007. Prior to becoming a Deportation Officer, I was a Border Patrol Agent from June 2007 to June 2017.

2. As a Deportation Officer currently assigned to ICE's Oklahoma City office for Enforcement Removal Operations (ERO), I interview and investigate detained individuals to determine whether they have legal status to enter or remain in the United States. I am vested with the authority to investigate and arrest persons for violations of Title 8 of the United States Code.

3. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause that **LUIS JAVIER LARIOS-SOTO**, also known as **LUIS ANTONIO ARIAS**, was found in the United States in violation of 8 U.S.C. § 1326(a).

4. On June 7, 2023, **LUIS JAVIER LARIOS-SOTO** was encountered by a Deportation Officer while in custody at the Garvin County Jail in Pauls Valley, Oklahoma, in the Western District of Oklahoma. On June 7, 2023, after reviewing data on **LUIS JAVIER LARIOS-SOTO**, a deportation officer determined that he is an alien unlawfully present in the United States and that he is not a United States citizen; he is a citizen of Mexico.

5. **LUIS JAVIER LARIOS-SOTO**'s fingerprints were collected, and photographs were recorded electronically using live-scan technology and submitted to both the Department of Justice's Integrated Automated Fingerprint Identification System (IAFIS) database and the Department of Homeland Security's Automated Biometric Identification System (IDENT) database. Both databases identified **LUIS JAVIER LARIOS-SOTO** as being assigned Federal Bureau of Investigation number **195877EH4** and Department of Homeland Security FINS number **1181698466**. These identification numbers are associated solely with **LUIS JAVIER LARIOS-SOTO** and correlate to his Alien Registration Number, A202 068 293. A check of records confirmed **LUIS JAVIER LARIOS-SOTO**'s identity and confirmed he is an alien who was previously removed from the United States to Mexico on March 23, 2015, March 28, 2015, April 8, 2015, and March 12, 2020.

6. Further checks did not indicate that **LUIS JAVIER LARIOS-SOTO** had applied for or received permission to reenter the United States from the United States

Secretary of Homeland Security or the United States Attorney General since his latest deportation. If **LUIS JAVIER LARIOS-SOTO** had applied for or received this permission, there would be a record of it in his Administrative File (A-File) and Department of Homeland Security databases. Because **LUIS JAVIER LARIOS-SOTO** was previously removed, he knowingly came back to the United States without proper authorization.

7. Based on the foregoing, I respectfully submit that there is probable cause to believe that **LUIS JAVIER LARIOS-SOTO** has committed the federal crime of Illegal Reentry of a Removed Alien, a violation of 8 U.S.C. § 1326(a).

**FURTHER, YOUR AFFIANT SAYETH NOT.**

_____
Curtis Fair
Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security

Sworn to and subscribed before me on June 12th, 2023.

_____
SUZANNE MITCHELL
United States Magistrate Judge

4