# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: **M-23-457-SM**

Charging Document: **Complaint**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☐ N ☑

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☑   Summons ☐   Notice ☐

Companion Case No. (if any): _____

By: **kh**

### DEFENDANT INFORMATION:

Name: **LUIS JAVIER LARIOS-SOTO**

Alias(es): LUIS ANTONIO ARIAS

Address:

FBI No.:

DOB: 1992   SSN:   Race: Hispanic   Interpreter: Y ☑ N ☐

Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑   Language/Dialect: Spanish

### DEFENDANT STATUS/RECOMMENDATION:

☐ Not in Custody   ☑ Detention Requested

☐ Type of Bond: _____

☑ In Custody at: Prairieland Detention Cntr, Alvarado, TX

Inmate/Prisoner/Register No.: _____

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:

Complaint: Y ☐ N ☑

Magistrate Judge Case No.: MJ-

Previously Detained: Y ☐ N ☑

### ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   ☐ CJA Panel   ☐ Retained

Name: _____   Address: _____   Phone: _____

AUSA: Jordan Ganz

Agent/Agency: Curtis Fair / ICE

Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 8 U.S.C. § 1326(a) | Illegal Reentry After Removal from the United States | NMT 20 years' imprisonment; $250,000 fine or both such fine and imprisonment; NMT 3 years' supervised release; and $100 special assessment. |

Signature of AUSA: s/ Jordan Ganz   Date: 06/09/2023