AO 458 (Rev. 01/09)  Appearance

# United States District Court
for the

_____ WESTERN _____ DISTRICT OF _____ OKLAHOMA _____

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| -vs-   ) | No. 5:23-MJ-0457-SM |
| ) | |
| **LUIS JAVIER LARIOS-SOTO,**   ) | |
|   a/k/a Luis Antonio Arias,   ) | |
|         **Defendant.**   ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Date: June 13, 2023.

                                           s/ JORDAN GANZ
                                           Assistant U.S. Attorney
                                           Texas Bar Number: 24116408
                                           210 Park Avenue, Suite 400
                                           Oklahoma City, Oklahoma  73102
                                           (405) 553-8790 (Office)
                                           (405) 553-8888 (Fax)
                                           jordan.ganz@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on June 13, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing.

                                        s/ JORDAN GANZ
                                        Assistant U.S. Attorney