AO 442 (Rev. 11/11) Arrest Warrant

1104055

2364-0612-1011-J

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

United States of America
v.
LUIS JAVIER LARIOS-SOTO
a/k/a LUIS ANTONIO ARIAS

_Defendant_

Case No. M-23-457-SM

RECEIVED
JUN 1 2 2023
U.S. MARSHALS W/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Luis Javier Larios-Soto a/k/a Luis Antonio Arias,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Illegal Reentry in violation of Title 8, United States Code, Section 1326(a).

Date: June 13, 2023

_Issuing officer's signature_

City and state: Oklahoma City, Oklahoma

SUZANNE MITCHELL, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

ARRESTED ON: 06/13/2023
WITHIN THE __W__ DISTRICT OF __OK__
BY: ICE

_Arresting officer's signature_

_Printed name and title_