# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
)
)
vs. ) Case No. M-23-457-SM
)
)
LUIS JAVIER LARIOS-SOTO         , )
**Defendant** )
)

## ORDER APPOINTING INTERPRETER

IT IS HEREBY ORDERED that _____Bivian Wood_____ is appointed as interpreter for the defendant herein under the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, and the Court Interpreters Act, 28 U.S.C. § 1827, et seq., to render necessary interpretive services herein.

Tuesday, June 13, 2023
DATE

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE