# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. M-23-457-SM |
| ) | |
| LUIS JAVIER LARIOS-SOTO, ) | |
| Defendant ) | |

## ORDER APPOINTING OUT OF COURT INTERPRETER

IT IS ORDERED THAT the Court appoints __Bivian Wood__ to render necessary out-of-court expert interpretive services under the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, up to the statutory maximum. The Court finds the defendant is financially unable to obtain such services and these services are necessary. Any services above the statutory maximum must receive prior approval by the presiding District Judge and the Tenth Circuit Court of Appeals. 18 U.S.C. § 3006A(e)(3).

DATED: Tuesday, June 13, 2023.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE