# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> VS. </br></br></br> Luis Javier Larios-Soto </br> **Defendant** | ) ) ) ) ) ) ) ) ) ) ) ) ) </br> Case Number: M-23-457-SM |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this Court

A Magistrate Judge has informed me of my rights to a preliminary hearing under Fed. R. Crim. P. 5,

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.

_Luis Javier Larios_ (signature)
Defendant

_06/13/2023_
Date

_(signature)_
Attorney for Defendant

SR-03-2020