# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **APPEARANCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO. MJ-23-457-SM** |
| | ) | |
| **LUIS JAVIER LARIOS-SOTO,** | ) | |
| Defendant, | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as court-appointed counsel in this matter for the Defendant, LUIS JAVIER LARIOS-SOTO.

I hereby certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

June 14, 2023
Dated:

    *s/ James W. Todd*
James W. Todd, OBA #19956
Todd Law Office
PO BOX 843
Oklahoma City, OK  73101
Tel:     405.738.4219
Direct:  405.973.5606
Email:  james.todd@toddlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of June, 2023, I electronically transmitted the above document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Jordan Ganz, Assistant United States Attorney, and all other registered parties.

    *s/ James W. Todd*
James W. Todd